FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  Page 1 of 5
3:08cr86-002LAC - RAJENDER REDDY NANDYALA, a/k/a Raj Nandyala, a/k/a Rajender Reddy, a/k/a Rajumama

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                       Case # 3:08cr86-002LAC

**RAJENDER REDDY NANDYALA,**
a/k/a Raj Nandyala, a/k/a Rajender Reddy,
a/k/a Rajumama

                                           USM # 07029-017

                                           Defendant's Attorney:
                                           William Richbourg (Retained)
                                           700 North 9th Avenue, Suite A
                                           Pensacola, Florida 32501

_____
                **JUDGMENT IN A CRIMINAL CASE**

The defendant pled guilty to Counts One, Two and Three of the Indictment on October 15, 2008. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such counts which involve the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 1546(a) and 371 | Conspiracy to Commit Visa Fraud | September 16, 2008 | One |
| 18 U.S.C. § 1956(a)(1)(A)(i), (B)(i) and (h) | Conspiracy to Commit Money Laundering | September 16, 2008 | Two |
| 18 U.S.C. § 1546(a)(2) | Make a False Statement in the Application of a Visa Permit | May 10, 2007 | Three |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
January 29, 2009

*s/L.A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

February 2, 2009

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*     *Page 2 of 5*
*3:08cr86-002LAC - RAJENDER REDDY NANDYALA, a/k/a Raj Nandyala, a/k/a Rajender Reddy, a/k/a Rajumama*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Seven Months as to Counts One, Two, and Three, with Counts to run concurrently one with the other**.

    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 3 of 5*
*3:08cr86-002LAC - RAJENDER REDDY NANDYALA, a/k/a Raj Nandyala, a/k/a Rajender Reddy, a/k/a Rajumama*

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Two Years as to Counts One, Two, and Three, with Counts to run concurrently one with the other**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime and shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

# STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation

Case 3:08-cr-00086-LC   Document 139   Filed 02/02/09   Page 4 of 5

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*                                                                 *Page 4 of 5*
*3:08cr86-002LAC - RAJENDER REDDY NANDYALA, a/k/a Raj Nandyala, a/k/a Rajender Reddy, a/k/a Rajumama*

      officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall cooperate with the probation officer and Immigration and Customs Enforcement regarding immigration status and abide by all orders or instructions of the Immigration and Customs Enforcement agency. If deported, the defendant shall not reenter the United States without permission of the Attorney General or Secretary of the Department of Homeland Security.

## CRIMINAL MONETARY PENALTIES

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $0 | $0 | $0 |

Upon Government's motion, the special monetary assessment was remitted.

No fine imposed.

No restitution imposed.

## FORFEITURE

Preliminary Order of Forfeiture entered on January 29, 2009.

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*                                                                 *Page 5 of 5*
*3:08cr86-002LAC - RAJENDER REDDY NANDYALA, a/k/a Raj Nandyala, a/k/a Rajender Reddy, a/k/a Rajumama*

    Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


_____                    _____
**Defendant**                                                                                        **Date**


_____                    _____
**U.S. Probation Officer/Designated Witness**                           **Date**